**PRYOR CASHMAN LLP**
Conrad K. Chiu
7 Times Square
New York, New York  10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
cchiu@pryorcashman.com

*Attorneys for Cathay Bank*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BAHRAM BENARESH, | : | Case No. 24-12341 (MG) |
| | : | |
| Debtor. | : | |
| | : | |

NOTICE OF APPEARANCE AND
DEMAND FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that Cathay Bank ("Cathay"), appears in the above-captioned case by its counsel, Pryor Cashman LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following attorneys at the address, telephone number, facsimile number and email addresses as indicated:

>Conrad K. Chiu
>Pryor Cashman LLP
>7 Times Square
>New York, New York  10036-6569
>Telephone: (212) 421-4100
>Facsimile: (212) 326-0806
>E-mail:  cchiu@pryorcashman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, e-mail or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that Cathay does not intend that this Notice of Appearance and Demand for Notices and Papers, or any later appearance or pleading, constitutes, or be deemed or construed to be: (a) a consent to accept service of process, or consent to the jurisdiction of the above-named Bankruptcy Court to enter final judgments regarding Cathay; or (b) a waiver of Cathay's right (1) to trial by jury in any matter so triable, in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which Cathay is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Cathay expressly reserves.

Dated: New York, New York
December 18, 2024

**PRYOR CASHMAN LLP**

*/s/ Conrad K. Chiu*
Conrad K. Chiu
7 Times Square
New York, New York  10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
E-Mail:  cchiu@pryorcashman.com

*Attorneys for Cathay Bank*