Hearing Date: March 27, 2025 at 10:00 a.m.
Objection Deadline: February 27, 2025 at 4:00 p.m.

Theresa A. Driscoll, Esq.
MORITT HOCK & HAMROFF LLP
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
tdriscoll@moritthock.com

*Attorneys for DC Franklin Lender LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| BAHRAM BENARESH, | : | Case No. 24-12341-mg |
| Debtor. | : | |

-------------------------------------------------------------------x

# NOTICE OF HEARING REGARDING DC FRANKLIN LENDER LLC'S MOTION FOR AN ORDER: (I) DISMISSING THIS CHAPTER 11 CASE OR, ALTERNATIVELY, (II) MODIFYING THE AUTOMATIC STAY TO PERMIT DC FRANKLIN LENDER TO EXERCISE ITS RIGHTS WITH RESPECT TO THE DEBTOR'S MEMBERSHIP INTEREST IN 175 FRANKLIN LLC; AND (III) GRANTING SUCH OTHER RELIEF AS THE COURT DEEMS NECESSARY AND PROPER

PLEASE TAKE NOTICE that upon the motion filed February 12, 2025 [Dkt No. 35] (the "Motion"), DC Franklin Lender LLC, through its attorneys, Moritt Hock & Hamroff LLP, will move before the Honorable Chief Judge Martin Glenn, United States Bankruptcy Judge, United States Bankruptcy Court of the Southern District of New York, One Bowling Green, New York, NY 10004, on March 27, 2025 at 10:00 am or as soon thereafter as counsel may be heard (the "Hearing") to consider the Motion. The Hearing will be conducted via Zoom for Government pursuant to the Zoom Hearing Procedures for all Hearings being held via Zoom Video found here https://www.nysb.uscourts.gov/zoom-video-hearing-guide. To attend the Hearing, you must

register by making an eCourtAppearance no later than 4:00 p.m. one business day prior to the Hearing by using the following link: https://www.nysb.uscourts.gov/ecourt-appearances.

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York and must be electronically filed, with a courtesy copy to Judge Glen's Chambers, together with proof of service thereof, no later than February 27, 2025 at 4:00 p.m. (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that the Hearing may be adjourned from time to time without any additional or further notice.

PLEASE TAKE FURTHER NOTICE that unless objections are received by that time, the relief may be granted as requested in the Motion.

Dated: Garden City, New York
February 21, 2025

MORITT HOCK & HAMROFF LLP

By: /s/ *Theresa A. Driscoll*
Theresa A. Driscoll

400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
tdriscoll@moritthock.com

*Attorneys for DC Franklin Lender LLC*